PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:02CR00186** |
| | ) | |
| **BRIAN KNOPP** | ) | |
| | ) | |

On October 25, 2002, the above-named was placed on supervised release for a period of three years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Matthew M. Faubert
**MATTHEW M. FAUBERT**
**United States Probation Officer**

Dated:      August 15, 2006
              Sacramento, California
              MMF/cp

**REVIEWED BY:     /s/Kyriacos M. Simonidis**
                          **KYRIACOS M. SIMONIDIS**
                          **Supervising United States Probation Officer**

**Re:   Brian KNOPP**
     **Docket Number:   2:02CR00186**
     **ORDER TERMINATING SUPERVISED RELEASE**
     <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

Dated:  August 17, 2006


<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge



Attachment:   Recommendation
cc:   United States Attorney's Office
     FLU Unit, AUSA's Office
     Fiscal Clerk, Clerk's Office